**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Western Division**

FILED
9/18/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Marcus Hughes

        Plaintiff,

v.

Boebel, et al.

        Defendant.

Case No.: 3:19−cv−50281
Honorable Matthew F. Kennelly

**1:20-CV-05554**

**DIVISIONAL TRANSFER NOTICE**

DIVISIONAL TRANSFER Notice. Case transferred to Eastern Division − Chicago. (jp, )

**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**